**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| CHAD DAVISON, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>MICHAEL J. ASTRUE, Commissioner, )<br>Social Security Administration )<br>    Defendant. )<br> ) | **Case No. 3:11-CV-00117 JTK** |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner

is REVERSED and Plaintiff's case is REMANDED FOR FURTHER PROCEEDINGS.

IT IS SO ORDERED this 15th day of August, 2012.

_____
United States Magistrate Judge