IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| CHAD DAVISON, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:11-CV-00117 JTK |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration ) | |
| Defendant. ) | |

## ORDER AWARDING ATTORNEYS' FEES

On August 15, 2012, the Court entered an Order reversing the decision of the Commissioner and remanding the case for further proceedings. Plaintiff's counsel has filed a motion for attorneys' fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. He seeks compensation for 18.6 hours of work performed at a rate of $181 per hour, 5.25 hours of paralegal hours work performed at a rate of $75 per hour, and expenses in the amount of $17.37. The Commissioner has indicated that he does not have any objections to the motion. (Doc. No. 21). The Court has reviewed the fee request and does not believe that it is excessive or inaccurate.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorneys' fees in the amount of $3,760.35, together with expenses in the amount of $17.37, for a total of $3,777.72, pursuant to the EAJA. The Commissioner is directed to certify said award and pay Plaintiff (in care of his attorney) in this amount.

SO ORDERED this 1st day of November, 2012.

_____
United States Magistrate Judge